UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANDREW FARNOCCHIA, | ) | 3:13-CV-0622-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | December 12, 2013 |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MAN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed an application to proceed *in forma pauperis* and copies of his medical records in an apparent attempt to appeal the denial of Social Security disability benefits (#2). In his application, plaintiff listed that he is unemployed, lives with his elderly mother, and has no assets. *Id.* For good cause appearing, plaintiff's request to proceed *in forma pauperis* (#2) is GRANTED.

However, plaintiff has failed to file a complaint for judicial review concerning social security benefits. Plaintiff must file a complaint in order to initiate a legal action. The court shall grant plaintiff thirty (30) days in which to file a complaint. If plaintiff fails to timely do so, a report and recommendation will be issued to the District Court recommending dismissal of this action. Plaintiff may wish to contact one of the following agencies for assistance:

Washoe Legal Services .................................................................................. 329-2727
Nevada Legal Services .................................................................................. 284-3491
Nevada Disability Advocacy and Law Center ............................................... 333-7878
Senior Law Project ........................................................................................ 328-2592
Volunteer Attorneys for Rural Nevadans ...................................................... 883-0404
State Bar of Nevada Lawyer Referral and Information Service .................. 866-448-8276

The Clerk shall **STRIKE** and **RETURN** to plaintiff the medical records filed at dockets #3 & #4.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk
