# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANDREW FARNOCCHIA, | ) | 3:13-CV-0622-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **<u>MINUTES OF THE COURT</u>** |
| | ) | |
| vs. | ) | March 5, 2014 |
| | ) | |
| SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>      LISA MAN      </u>   REPORTER: <u>NONE APPEARING  </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                    </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                    </u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's application to proceed *in forma pauperis* in this action was granted (#5), and plaintiff has filed a complaint in this case (#8).  Therefore,

**IT IS ORDERED** that the clerk of court shall **SERVE** the Commissioner of the Social Security Administration by sending a copy of the Summons and Complaint by certified mail to: (1) the General Counsel, Social Security Administration, Room 611, Altmeyer Building, 6401 Security Boulevard, Baltimore, MD 21235; (2) the Attorney General of the United States, Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, DC 20530; and (3) Office of the Regional Chief Counsel, Region IX, Social Security Administration, 160 Spear Street, Suite 899, San Francisco, California 94105.

**IT IS FURTHER ORDERED** that the clerk of court shall **ISSUE** a summons to the Social Security Administration and deliver the summons and complaint to the U.S. Marshal for service on the U.S. Attorney's Office at 100 West Liberty Street, Suite 600, Reno, Nevada 89501.

**IT IS FURTHER ORDERED** that defendants shall have **sixty (60) days** from the date of service to file their answer or other responsive pleading to plaintiff's complaint in this case.

**IT IS FURTHER ORDERED** that henceforth, plaintiff shall serve upon defendant, or defendant's attorney, a copy of every pleading, motion, or other document submitted for consideration by the court.  Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to defendant or defendant's counsel.  The court may disregard any paper received by a district judge, magistrate judge, or clerk which fails to include a certificate of service.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
            Deputy Clerk